| | |
|---|---|
| Prob22<br>(Rev 3/98) | DOCKET NUMBER (Tran. Court)<br>2:97CR20046-001 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Rec. Court)<br>CR-03-388 |

| NAME AND ADDRESS OF PROBATIONER/ SUPERVISED RELEASEE | DISTRICT<br>WESTERN TENNESSEE | DIVISION<br>WESTERN | |
|---|---|---|---|
| Esther Garibay-Chirinos<br>8362 Redwood Ave. #25<br>Fontana, CA 92335 | NAME OF SENTENCING JUDGE<br>Julia S. Gibbons | | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM<br>1/25/02 | TO<br>1/24/07 |

OFFENSE
Possession with Intent to Distribute Methamphetamine (21 U.S.C. §841 (a)(1))

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF Western Tennessee

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

April 1, 2003
Date

United States District Judge

FILED
CLERK, U.S. DISTRICT COURT
APR 2 4 2003
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF Central California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4/24/03
Date

United States District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-14-03



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 71 in case 2:97-CR-20046 was distributed by fax, mail, or direct printing on May 14, 2003 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
Federal Building
167 N. Main St.
Ste. 800
Memphis, TN 38103

April Rose Goode
FEDERAL PUBLIC DEFENDER'S OFFICE
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Esther Garibay-Chirinos
9288 Olive Street, #14
Fontana, CA 92335

Honorable Samuel Mays
US DISTRICT COURT